# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m 99-20245

_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JAMES EARL CONLEY,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Texas

_____

July 14, 2000

Before JOLLY, SMITH, and BARKSDALE,
Circuit Judges.

PER CURIAM:[*]

We have reviewed the briefs and applicable portions of the record and have heard the arguments of counsel. We conclude that the district court committed no reversible error. The judgment of conviction and sentence, accordingly, is AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.